OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

The State ex rel. Richard, Appellant v. O'Donnell, Judge,
Appellee.
[Cite as State ex rel. Richard v. O'Donnell (1993),      Ohio
St.3d     .]
Mandamus to compel trial court judge to grant motion for
     default judgment -- Writ denied when trial court has no
     duty to grant the motion while case is on appeal to the
     court of appeals.
     (No. 92-1937 -- Submitted August 16, 1993 -- Decided
October 13, 1993.)
     Appeal from the Court of Appeals for Cuyahoga County, No.
63886.
     On September 26, 1991, appellant, Donald L. Richard, Sr.,
filed a civil action for damages in the Court of Common Pleas
of Cuyahoga County.  The case was assigned to appellee,
Terrence O'Donnell, a judge of that court.  On November 27,
1991, appellee dismissed appellant's complaint without
prejudice after appellant failed to appear at a hearing.  On
December 23, 1991, appellant filed a notice of appeal.  On
January 3, 1992, the record was transmitted to the court of
appeals.  Nevertheless, on February 12, 1992, appellant filed a
motion for default judgment in the trial court.
     On June 12, 1992, appellant filed a "petition" for a writ
of mandamus in the court of appeals to compel appellee to grant
his motion for default judgment.  When appellee failed to file
a timely answer, appellant filed a motion for default judgment
in the mandamus case.
     On July 27, 1992, the court of appeals, acting as trial
court in the mandamus action, ordered appellant to submit a
certified copy of the trial docket in the underlying civil
action.  Appellant complied on August 20, 1992.  On August 25,
1992, the court of appeals denied appellant's motion for
default judgment and dismissed the case, finding that appellee
had no duty to grant appellant's motion for default judgment
while the case was on appeal to the court of appeals.
     The cause is before this court upon an appeal of right.

     Donald L. Richard, Sr., pro se.

Per Curiam. The decision of the court of appeals is affirmed for the reasons cogently stated in its opinion.

Judgment affirmed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.